UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

PRIME AID PHARMACY CORP.,

*Plaintiff*,

v.

EXPRESS SCRIPTS, INC.,

*Defendant.*

Civil Action No. 16-2182

**ORDER**

This matter comes before the Court by way of the motion filed by Defendant Express Scripts, Inc. to transfer or in the alternative to dismiss the complaint. D.E. 11. Plaintiff Prime Aid Pharmacy Corp. filed a brief in opposition to which Defendant replied. D.E. 15, 16. The parties also submitted supplemental letters after briefing on the motion was complete. D.E. 19, 24, 25. In addition, Plaintiff filed a motion seeking leave to file a sur-reply in response to Defendant's reply brief to which Defendant filed a response in opposition. D.E. 20, 21. The Court reviewed all submissions made in support and in opposition to the motions, and considered the motions without oral argument pursuant to Fed. R. Civ. P. 78(b) and L. Civ. R. 78.1(b). For the reasons set forth in the Court's Memorandum Opinion accompanying this Order, and for good cause shown,

IT IS on this 21st day of March, 2017

**ORDERED** that Defendant's motion to transfer (D.E. 11) is **GRANTED**. Because the case will be transferred, the Court will not address Defendant's alternate argument that the complaint should be dismissed; and it is further

2

**ORDERED** that pursuant to 28 U.S.C. § 1404(a) this matter shall be transferred to the United States District Court for the Eastern District of Missouri; and it is further

**ORDERED** that Plaintiff's motion seeking leave to file a sur-reply (D.E. 20) is **DENIED** pursuant to Local Civil Rule 7.1(d)(6).

								_____
								John Michael Vazquez, U.S.D.J.